# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| RYAN PHLIPSEN, § | |
| § | |
| vs. § | NO: SA: 5:19-CV-001409-XR |
| § | |
| ANDERSON DELIS, LLC, d/b/a ZITO'S § | |
| ITALIAN DELICATESSEN & SANDWICH § | |
| SHOPPE and TELEPHONE ROAD § | |
| PROPERTY HOLDINGS, LLC § | |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO ANDERSON DELIS, LLC d/b/a ZITO'S ITALIAN DELICATESSEN & SANDWICH SHOPPE

Plaintiff, Ryan Phlipsen, pursuant to Fed. R. Civ. P. 41(a), hereby files the within Stipulation of Dismissal Without Prejudice as to Defendant, Anderson Delis, LLC d/b/a Zito's Italian Delicatessen & Sandwich Shoppe dismissing all claims pertaining to said Defendant without prejudice, and without an award of costs or attorney's fees to either party.

Dated: December 26, 2019

*/s/ Dennis R. Kurz*_____
Dennis R. Kurz
Texas State Bar No. 24068183
KURZ LAW GROUP, LLC
1640 Powers Ferry Road, SE
Building 17, Suite 200
Marietta, Georgia 30067
404.805.2494
770-428.5356 (Fax)
dennis@kurzlawgroup.com

**ATTORNEYS FOR RYAN PHLIPSEN**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 26, 2019, I electronically filed this document with the clerk of court for the U.S. District Court, Western District of Texas, using the Electronic Case Filing System of the Court. The Electronic Case Filing System sent a "Notice of Electronic Filing" to all counsel of record, who have consented in writing to accept service of this document by electronic means.

    Dennis R. Kurz
    KURZ LAW GROUP, LLC
    1640 Powers Ferry Road, SE
    Building 17, Suite 200
    Marietta, Georgia 30067
    ***Attorney for Plaintiff***

[No other parties have yet entered an appearance in this case as of the date of the filing of this dismissal as to Anderson Delis, LLC]

                                          */s/ Dennis R. Kurz*
                                          Dennis R. Kurz