IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RYAN PHLIPSEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ZITO'S, INC., and TELELPHONE ) <br> ROAD PROPERTY HOLDINGS, LLC, ) <br> ) <br> Defendants. ) | CIVIL ACTION <br><br> FILE No. 5:19-cv-01409-XR |

**ORDER APPROVING CONSENT DECREE AND
<u>DISMISSAL OF DEFENDANTS WITH PREJUDICE</u>**

THIS CAUSE is before the Court on the Parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendants with Prejudice [D.E. # 18]. The Court has carefully considered the Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss Defendants with Prejudice is hereby GRANTED.

2. The Court hereby APPROVES the Consent Decree, Defendants, ZITO'S, INC., and TELEPHONE ROAD PROPERTY HOLDINGS, LLC, are hereby DISMISSED WITH PREJUDICE.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5. All pending motions are hereby denied as moot.

6. This case is CLOSED.

DONE AND SIGNED in Chambers, at San Antonio, Texas this 17th day of September, 2020.

_____
**XAVIER RODRIGUEZ**
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF TEXAS,
SAN ANTONIO DIVISION

Copies furnished to:

Dennis R. Kurz, Attorney for Plaintiff
KURZ LAW GROUP, LLC
4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339
dennis@kurzlawgroup.com

Robert F. White, Attorney for Defendant, Zito's, Inc.
LAW OFFICE OF ROBERT F. WHITE, PC
909 NE Loop 410, Suite 300
San Antonio, Texas 78209
robert@rfwpc.com

Manfred Sternberg, Attorney for Telephone Road Property Holdings, LLC
MANFRED STERNBERG & ASSOCIATES, PC
700 Post Oak Blvd.,
2 BLVD Place, Suite 600
Houston, Texas 77056
manfred@msternberg.com